## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 366 WAL 2019 |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| KRISTOPHER NEWMAN, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of March, 2020, the Petition for Allowance of Appeal is **DENIED**.